## MURGATROYD v. STATE.

(Court of Criminal Appeals of Texas. Dec. 10, 1913.)

APPEAL AND ERROR (§ 509*)—RECORD—NOTICE OF APPEAL.

An appeal will be dismissed where the record contains no notice of appeal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 2317; Dec. Dig. § 509.*]

Appeal from Bexar County Court; J. R. Davis, Judge.

Mrs. Nellie Murgatroyd was convicted of an offense, and she appeals. Dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. The record before us contains no motion for new trial and no notice

of appeal. Neither does it contain any statement of facts nor any bill of exception.

As the record contains no notice of appeal, the case must be dismissed.